Tiera SMITH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 147, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017
Decided: January 2, 2018

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 0707036856A (S)

AFFIRMED.